THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN SYLVESTER, Appellant.

*Crimes — grand larceny in second degree — judgment of conviction affirmed.*

People v. *Sylvester*, 198 App. Div. 5, affirmed.

(Argued May 9, 1922; decided May 31, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered August 2, 1921, which affirmed a judgment of the Montgomery County Court rendered upon a verdict convicting the defendant of the crime of grand larceny in the second degree.

*James A. Leary* and *Walter A. Fullerton* for appellant.

*Merton J. Herrick* for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.